IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02892-MSK-KLM

SCHOTT SOLAR CSP GMBH,

    Plaintiff,

v.

SKYFUEL, INC., and
WEIHAI GOLDEN SUN CO., LTD., also known as Weihai Golden Solar Industrials Co., Ltd., doing business as Huiyin Group,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Appear by Telephone** [#15] (the "Motion"). As an initial matter, Plaintiff notes that Defendant SkyFuel, Inc. has been served and entered an appearance in this matter, but Plaintiff is still actively attempting to serve Defendant Weihai Golden Sun Co., Ltd. Because it is inefficient for a Scheduling Conference to proceed before both Defendants have been served,

    IT IS HEREBY **ORDERED** sua sponte that the Scheduling Conference set for March 26, 2015 at 11:00 a.m. is **VACATED** and **RESET** to **May 13, 2015** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **May 6, 2015**.

    IT IS FURTHER **ORDERED** that the Motion [#15] is **GRANTED**. Plaintiff's counsel may appear by telephone at the Scheduling Conference on May 13, 2015 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated: March 23, 2015