IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2892-MSK-KLM

SCHOTT Solar CSP GmbH,

        Plaintiff,

v.

SkyFuel, Inc.; Weihai Golden Sun
Co., Ltd. a/k/a Weihai Golden
Solar Thermal Industrials Co.,
Ltd. and d/b/a Huiyin Group,

        Defendants.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

By: s/ Marshall J. Schmitt /

Marshall J. Schmitt
   Illinois Bar No. 6184893
   mjschmitt@michaelbest.com
Gilberto E. Espinoza
   Illinois Bar No. 6277437
   geespinoza@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
Telephone:  (312) 222-0800
Facsimile:  (312) 222-0818

*Attorneys for Plaintiff, SCHOTT Solar CSP GmbH*

By: s/ Alexander C. Clayden /

Jon R. Trembath
   jtrembath@lathropgage.com
Alexander C. Clayden
   aclayden@lathropgage.com
LATHROP & GAGE LLP
950 17th St., Suite 2400
Denver, CO 80202
Telephone:  (720) 931-3200
Facsimile:  (720) 931-3201

and

Steven J. Penner
   spenner@lathropgage.com
LATHROP & GAGE LLP
4845 Pearl East Circle, Suite 201
Boulder, CO 80301
Telephone:  (720) 931-3000
Facsimile:  (720) 931-3001

*Attorneys for Defendant, SkyFuel, Inc.*

**SO ORDERED**

DATED this 21st day of May 2015.

BY THE COURT:

_____
Hon. Kristen L. Mix
United States Magistrate Judge

2